John DEAL, Appellant,

v.

STATE of Missouri, Respondent.

No. 72781.

Missouri Court of Appeals,
Eastern District,
Division One.

May 19, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 28, 1998.

STATE of Missouri ex rel., PUBLIC
DEFENDER COMMISSION,
Relator,

v.

The Honorable J.D. WILLIAMSON,
Jr., Respondent.

No. WD 55080.

Missouri Court of Appeals,
Western District.

June 2, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 28, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, John Deal, appeals the judgment of the Circuit Court of St. Louis County denying his Rule 24.035 motion without an evidentiary hearing after he pled guilty to two counts of stealing third offense, RSMo section 570.040 (1994). We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).